FILED
APR 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1131-DMS |
|---|---|
| Plaintiff, | ) <u>I N F O R M A T I O N</u> |
| v. | ) Title 18, U.S.C., Sec. 1544 - |
| | ) Misuse of Passport (Felony) |
| ISMAEL JIMENEZ-ARTEAGA, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about March 11, 2008, within the Southern District of California, defendant ISMAEL JIMENEZ-ARTEAGA, did willfully and knowingly use altered passport number 036758942, issued under the authority of the United States, to Christopher David Cruz, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544.

DATED: April 10, 2008.

KAREN P. HEWITT
UNITED STATES ATTORNEY

/s/ Tara Stingley
for CAROLINE P. HAN
Assistant U.S. Attorney

CPH:pcf
3/24/08