AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **CALIFORNIA**

FILED
APR 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY *TP* DEPUTY

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

ISMAEL JIMINEZ-ARTEAGA

CASE NUMBER: 08CR1131-DMS

I, ISMAEL JIMINEZ ARTEAGA, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4-10-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Ismael Jimenez
Defendant

Mary A Franklin
Counsel for Defendant

Before _____
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd